# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-2860
LT Case No. 2017-CF-002084

_____

JOHN MCDOWELL,

    Appellant,

    v.

STATE OF FLORIDA,
    Appellee.

_____

On appeal from the Circuit Court for Marion County.
Lisa Herndon, Judge.

Matthew J. Metz, Public Defender, and
Joseph Chloupek, Assistant Public Defender,
Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and
Marissa V. Giles, Assistant Attorney General,
Daytona Beach, for Appellee.

August 22, 2023

PER CURIAM.

    AFFIRMED.

WALLIS, JAY, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____